NELLIE R. KURTZ, Appellant, *v.* EUGENE CLIFFORD POTTER and RIVERSIDE WHEELMEN OF NEW YORK, Respondents.

*Kurtz* v. *Potter,* 44 App. Div. 262, affirmed.
(Argued May 6, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*George C. Austin* and *Scott McLanahan* for appellant.

*Charles Henry Butler* for respondent Potter.

*G. Leslie Harwood* for respondent Riverside Wheelmen.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

MARY A. DENIKE, Appellant, *v.* MIRABEAU L. TOWNS et al., Respondents.

*Denike* v. *Towns,* 41 App. Div. 625, affirmed.
(Argued May 7, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 14, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*H. J. Morris* for appellant.

*Raphael J. Moses* and *E. J. McCrossin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.